

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00404-CV

**ALFRED LEE STONE,**

                                      **Appellant**

 **v.**

**BRAD LIVINGSTON,**

                                        **Appellee**

---

### From the Justice of the Peace Pct. 2
### Walker County, Texas

---

## MEMORANDUM  OPINION

---

Appellant Alfred Lee Stone appeals the dismissal of his suit in the Justice of the Peace Court, Precinct No. 2, Walker County, directly to this court.  By letter dated January 12, 2015, the Clerk of this Court notified Stone that this appeal was subject to dismissal for want of jurisdiction and also warned Stone that the Court may dismiss this appeal unless, within twenty-one days after the date of the letter, he showed grounds for continuing the appeal.  On January 29, 2015, we received a response from Stone, but he does not show grounds for continuing the appeal.

We plainly lack jurisdiction. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 51.001-.002 (West 2008) (providing for appeal from justice court to county or district court); *Tejas Elevator Co. v. Concord Elevator, Inc.*, 982 S.W.2d 578, 579 (Tex. App.—Dallas 1998, no pet.); *see also Brown v. Jones*, No. 10-08-00272-CV, 2008 WL 4742374, at *1 (Tex. App.—Waco Oct. 29, 2008, no pet.) (mem. op.). This appeal is therefore dismissed for want of jurisdiction. TEX. R. APP. P. 42.3(a).


                                        REX D. DAVIS
                                        Justice



Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed February 12, 2015
[CV06]

